IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN S. MCGINNIS,** *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>**MIDLAND FUNDING LLC,**<br><br>*Defendant.* | Case No. 2:20-cv-05370-JDW |

## ORDER

**AND NOW**, this 19th day of March, 2021, upon consideration of Plaintiff's Motion to Strike Offer of Judgment (ECF No. 10), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

1